No. 65.  PRESSEY ET AL., DOING BUSINESS AS S. W. PRESSEY & SON, *v.* SCHLOTTMAN ET AL.  C. A. 10th Cir.

Certiorari denied. *Emmett Thurmon* for petitioners.